UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Cesar Inez Delatorre**               **Docket No. 5:09-CR-242-1D**

Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cesar Inez Delatorre, who, upon an earlier plea of guilty to Distribution of More Than 5 Grams of Cocaine Base (Crack), 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on March 1, 2010, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Cesar Inez Delatorre was released from custody on July 12, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Delatorre informed the probation officer that he was dealing with mental health issues (seeing things/hearing voices) and sought out mental health treatment services on his own in Johnston County, North Carolina. Unfortunately, the defendant cannot afford to pay for mental health treatment and has voiced this concern to the probation office. As a result, the probation office is recommending that a mental health condition be added so that the probation office can pay for the defendant's mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/Jeffrey L. Keller                      /s/Maurice J. Foy
Jeffrey L. Keller                         Maurice J. Foy
Supervising U.S. Probation Officer        Sr. U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8678
                                          Executed On: September 28, 2016

Cesar Inez Delatorre
Docket No. 5:09-CR-242-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___3___ day of ___October___, 2016, and ordered filed and made a part of the records in the above case.

_____/s/ Dever_____
James C. Dever III
Chief U.S. District Judge